Anna Schneider, appellee, v. Samuel Meyer and Julia Meyer, appellants. Gen. No. 38,846.

616

Opinion filed March 24, 1937.
Livingston & Kaufman, for appellants. Edward M. Herman, for appellee.
Mr. Justice Hall delivered the opinion of the court.